**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| BABAR REHMAN and UZMA SHAFI,<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER,<br><br>Defendants. | **Civil Action No. 5:26-cv-405-M** |

**DEFENDANT NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING'S MOTION TO DISMISS**

Defendant, Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through its undersigned counsel, and pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss all claims for relief asserted against Shellpoint in the Complaint filed in the above-captioned action by Plaintiffs Babar Rehman and Uzma Shafi (collectively, the "Plaintiffs"), for failure to state a claim upon which relief can be granted.

WHEREFORE, premises considered, and for the reasons set forth in Shellpoint's Memorandum of Law in Support of the Motion to Dismiss filed by Shellpoint contemporaneously herewith, which is incorporated herein by reference, Shellpoint requests that each of the claims asserted against Shellpoint in the Complaint in this matter be dismissed.

[SIGNATURE PAGE TO FOLLOW]

Submitted this the 22nd day of July, 2026.


**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ Maria Carisetti
G. Benjamin Milam (NC State Bar No. 45483)
Maria Carisetti (NC State Bar No. 57843)
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
(704) 338-6000 (phone)
(704) 332-8858 (fax)
bmilam@bradley.com
mcarisetti@bradley.com

*Attorneys for Newrez LLC d/b/a*
*Shellpoint Mortgage Servicing*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION TO DISMISS** was served via U.S. mail, postage pre-paid, on this 22nd day of July, 2026, to the following:

Trevor D. Brandt
PO Box 2108
Wake Forest, NC 27588
*Attorney for Plaintiffs*

Matthew Abee
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
*Counsel for Rocket Mortgage, LLC s/b/m Nationstar Mortgage, LLC d/b/a Mr. Coooper*

/s/ Maria Carisetti
Maria Carisetti